In the Matter of NATIONAL SURETY COMPANY, in Liquidation. Application of E. H. LUIKART, Receiver of VERDIGRE STATE BANK, Verdigre, Nebraska, Petitioner, Appellant; LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.